| STATE OF INDIANA | ) | IN THE LAKE COUNTY _____ COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF LAKE | ) | CAUSE NO. |

| HEATHER M. MEEKS, | ) |
|---|---|
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ANONYMOUS HEALTHCARE PROVIDER 1, | ) |
| ANONYMOUS HEALTHCARE PROVIDER 2, | ) |
| ANONYMOUS HEALTHCARE PROVIDER 3, | ) |
| ANONYMOUS HEALTHCARE PROVIDER 4, | ) |
| ANONYMOUS HEALTHCARE PROVIDER 5, | ) |
| ANONYMOUS HEALTHCARE PROVIDER 6, and | ) |
| ANONYMOUS HEALTHCARE PROVIDER 7, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT FOR MEDICAL MALPRACTICE

Comes now Plaintiff, Heather M. Meeks (hereinafter "Heather"), by counsel, and for her Complaint For Medical Malpractice against Anonymous Healthcare Provider 1, Anonymous Healthcare Provider 2, Anonymous Healthcare Provider 3, Anonymous Healthcare Provider 4, Anonymous Healthcare Provider 5, Anonymous Healthcare Provider 6, and Anonymous Healthcare Provider 7, states as follows:

1. At all times material hereto, Heather resided in Jasper County, Rensselaer, Indiana.

2. At all times relevant hereto, Anonymous Healthcare Provider 1 was a qualified healthcare provider under the Indiana Medical Malpractice Act, Indiana Code § 34-18-2-14, *et. seq.*, licensed in the State of Indiana and practicing medicine in Lake County.

3. At all times relevant hereto, Anonymous Healthcare Provider 2 was a qualified healthcare provider under the Indiana Medical Malpractice Act, Indiana Code § 34-18-2-14, *et. seq.*, licensed in the State of Indiana and practicing medicine in Lake County.

4. At all times relevant hereto, Anonymous Healthcare Provider 3 was a qualified healthcare provider under the Indiana Medical Malpractice Act, Indiana Code § 34-18-2-14, *et. seq.*, licensed in the State of Indiana and practicing medicine in Lake County.

5. At all times relevant hereto, Anonymous Healthcare Provider 4 was a qualified healthcare provider under the Indiana Medical Malpractice Act, Indiana Code § 34-18-2-14, *et. seq.*, licensed in the State of Indiana and practicing medicine in Lake County.

6. At all times relevant hereto, Anonymous Healthcare Provider 5 was a qualified healthcare provider under the Indiana Medical Malpractice Act, Indiana Code § 34-18-2-14, *et. seq.*, licensed in the State of Indiana and practicing medicine in Lake County.

7. At all times relevant hereto, Anonymous Healthcare Provider 6 was a qualified healthcare provider under the Indiana Medical Malpractice Act, Indiana Code § 34-18-2-14, *et. seq.*, licensed in the State of Indiana and practicing medicine in Lake County.

8. At all times material hereto, Anonymous Healthcare Provider 7, was a qualified healthcare provider under the Indiana Medical Malpractice Act, Indiana Code § 34-18-2-14, *et. seq.*, employing duly licensed physicians and medical providers in the State of Indiana, practicing medicine in Lake County, Indiana.

9. On or around August 29, 2018, Defendants provided healthcare treatment to Heather.

10. In or around March of 2022, Heather discovered the inadequacies of the healthcare treatment provided to Heather by the Defendants.

11. The medical care and treatment provided to Heather by Defendants and their agents and/or employees, including independent contractors not properly so identified to Plaintiff by Defendants as required by Indiana law, was careless, negligent and failed to comply with appropriate standards of medical care and treatment required and/or expected of physicians and healthcare providers in the State of Indiana.

12. As a result of the careless and negligent acts and/or omissions of Defendants, and their agents and/or employees, including independent contractors not properly so identified to Plaintiff by Defendants as required by Indiana law, Heather suffered serious bodily injury, some of which is permanent in nature, additional medical expenses, pain and suffering, scarring, deformity, mental anguish, bodily impairment and other losses expenses, costs, and damages recoverable under Indiana law.

WHEREFORE, Plaintiff, Heather M. Meeks, prays for judgment against Defendants, Anonymous Healthcare Provider 1, Anonymous Healthcare Provider 2, Anonymous Healthcare Provider 3, Anonymous Healthcare Provider 4, Anonymous Healthcare Provider 5, Anonymous Healthcare Provider 6, and Anonymous Healthcare Provider 7, in an amount which will fully, fairly and adequately compensate Plaintiff for all costs, losses, expenses, damages and other sums recoverable under Indiana law and for all other just and proper relief in the premises.

## JURY DEMAND

Plaintiff, Heather M. Meeks, by counsel, requests trial by jury on all issues triable by jury.

Respectfully Submitted,

WALDRON TATE BOWEN SPANDAU LLC

/s/ Katherine A. Piscione
Katherine A. Piscione, Attorney No. 37166-49
Ann Marie Waldron, Attorney No. 18833-49
Benjamin A. Spandau, Attorney No. 34207-49
F. Holton Hovde, Attorney No. 37715-49
WALDRON TATE BOWEN SPANDAU LLC
156 E. Market St., 5th Floor
Indianapolis, IN 46204
Telephone: (317) 449-3581
Facsimile: (317) 423-0772
katie@wtbs-law.com
annmarie@wtbs-law.com
ben@wtbs-law.com
holt@wtbs-law.com

Michael E. Simmons, Attorney No. 136-49
HUME SMITH GEDDES GREEN & SIMMONS, LLP
54 Monument Circle, 4th Floor
Indianapolis, Indiana 46204
Telephone: (317) 632-4402
Facsimile: (317) 632-5595
msimmons@humesmith.com

Attorneys for Plaintiffs

4